## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

LARRY DAVIS, SR.,                                        Civil 03-5017 JRT/FLN

      Plaintiff,

   v.                                                       O R D E R

FIDELITY CLEANING CO.,

      Defendant.

_____

LARRY DAVIS, SR., 1247 St. Anthony Tower, St. Paul, Minnesota 55104, *pro se* plaintiff.

JOSEPH G. SCHMITT, **HALLELAND, LEWIS, NILAN, SIPKINS & JOHNSON**, 220 South Street, Suite 600, Minneapolis, Minnesota 55402, for defendant.

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated July 8, 2005, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that Defendant's motion for summary judgment [Docket No. 42] is GRANTED.

DATED: August 2 2005.                           s/John R. Tunheim
at Minneapolis, Minnesota                      JOHN R. TUNHEIM
                                     United States District Judge